**MANDATE**

N.Y.S.D. Case #
01-cv-8598(LAP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand eighteen.

Before:   John M. Walker, Jr.,
          Pierre N. Leval,
          Guido Calabresi,
               *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 26, 2018

Board of Education of the City of New York,

    Petitioner,

v.

Bronx Household of Faith, Robert Hall, Jack Roberts,

    Respondents.

**ORDER**

Docket No. 12-605

Petitioner Board of Education of the City of New York filed this petition for a writ of mandamus and a motion for a temporary stay of a district court temporary restraining order pending determination of the petition. By order dated February 17, 2012, the Court denied the temporary stay and in its February 21, 2012 order regarding the denial of the temporary stay, the Court stated that it was taking "no action at this time on the petition for mandamus". On May 6, 2015, when the Court issued the mandate in the merits appeal of the case, under docket number 12-2730, the petition for mandamus remained undecided.

IT IS HEREBY ORDERED that the petition, now moot, is dismissed, nunc pro tunc, to May 6, 2015.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/26/2018